Cite as 2021 Ark. 12

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** January 28, 2021

IN RE APPOINTMENTS OF
MEMBERS TO THE SUPREME
COURT COMMITTEE ON
PROFESSIONAL CONDUCT

**PER CURIAM**

Effective January 1, 2021, the following new members are appointed to the Supreme
Court Committee on Professional Conduct for initial six-year terms ending on December
31, 2026:

Don R. Etherly of Helena (Panel A attorney member – First Congressional District);

LeAnne P. Burch of Monticello (Panel B attorney member – Fourth Congressional District);

Miles J. Kimble of Forrest City (Panel B non-attorney member – statewide at large);

Jackie B. Harris of Pine Bluff (Panel C attorney member – Fourth Congressional District);

Angela Cole Lowther of Little Rock (Panel D attorney member – statewide at large);

James Gregory Crumpton of Cabot (Panel D attorney member – First Congressional District); and

William A. Finer of Fayetteville (Panel D non-Arkansas attorney member – statewide at large).

The Court expresses its appreciation to each of these new Committee members for his or her willingness to accept this important assignment.

The Court also expresses its appreciation to the following Committee members whose valuable and faithful service to the Court, the Committee, the legal profession, and the public was completed on December 31, 2020:

T. Benton Smith, Jr of Jonesboro-Marianna (Panel A attorney member – First Congressional District);

Stephen R. Crane of Magnolia (Panel B attorney member – Fourth Congressional District);

Carolyn A. Morris of Danville (Panel B non-attorney member – statewide at large);

Joseph Hickey of El Dorado (Panel C attorney member – Fourth Congressional District);

E. Kent Hirsch of Springdale (Panel D attorney member – statewide at large);

Laura E. Partlow of Marion (Panel D attorney member – First Congressional District); and

Ronnie Williams of Menifee (Panel D non-attorney member – statewide at large).